# Exhibit B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSHUAUA AND DAVID MARCINISZYN ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TARGET CORPORATION ) <br> ) <br> ) <br> Defendant. ) <br> ) | No. _____ |

### DECLARATION OF JASON K. WALBOURN

I, JASON K. WALBOURN, hereby declare as follows:

1.    I am employed by Target Corporate Services, Inc. as Senior Counsel – Litigation in the Law Department. I submit this declaration in support of Target Corporation's removal petition filed in the above-captioned action. I am familiar with the facts set forth in this declaration and could testify to these facts under oath from my own personal knowledge.

2.    As Senior Counsel, I am familiar with Target's books and records. Target is incorporated under the laws of Minnesota. Its principal place of business is in Minnesota, where its corporate offices are located and where its core executive and administrative functions are primarily carried out.

//
//
//
//

sf-3377497

3.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements in this declaration are based on my personal knowledge, and that, to the best of my knowledge, the statements contained in this declaration are true and correct.

Executed this 28 day of January, 2014, in Minneapolis, Minnesota.

Jason K. Walbourn